## STATEMENT OF FACTS

On November 30, 2020, at approximately 12:07 p.m., a subject, later identified as Edwin Sanchez (SANCHEZ), entered the TD bank located at 2000 K Street, Northwest, Washington, D.C. Upon entering the bank, SANCHEZ went up to the teller's window to bank teller #1/VICTIM. At that time, SANCHEZ then stated, "this is an armed robbery give me the money and your wallet". VICTIM replied: "I don't have my wallet". VICTIM then stated SANCHEZ produced a knife which VICTIM described as silver in color knife with unknown handle. VICTIM described the knife as a "butcher knife". VICTIM further stated SANCHEZ told her "give me the rest of the money do it fast". VICTIM fearing for her safety then complied with SANCHEZ's demands, opened the cash registered and provided SANCHEZ with $880 dollars. This information was later confirmed by TD Bank management to be the correct. As SANCHEZ walked away; VICTIM fainted, falling to the floor and hitting her left side of the head; later the VICTIM declined to be treated by medics.

Another TD Bank employee observed the encountered and SANCHEZ's actions and activated the silent alarm. SANCHEZ then walked out of the bank as Metropolitan Police Department (MPD) Officer Yenli Almanzar, Badge #5628 was arriving on scene. TD Bank Employees meet MPD Officer Almanzar and pointed towards SANCHEZ advising "that's the guy". MPD Officer Almanzar apprehended SANCHEZ outside of the TD Bank while SANCHEZ admitted, "he just finished robbing the bank arm while arm with a knife." TD Bank employees then confirmed to MPD Officer Almanzar that SANCHEZ was the person who robbed the bank.

SANCHEZ was transported to 2D Metropolitan Police Station for booking and interview. SANCHEZ waived his Miranda rights, consented to a DNA (Buccal Sample) and agreed to speak with law enforcement. Interview took place in room #212 of the mentioned location, where SANCHEZ admitted to MPD Detective Michael Milochik and Special Agent William Matos that he robbed the TD Bank because it was easy money and he had done it before.

_____
SPECIAL AGENT WILLIAM MATOS
DEPARTMENT OF HOMELAND SECURITY

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of December, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00239
Assigned To : Faruqui, Zia M.
Assign. Date : 12/01/2020
Description: Complaint w/ Arrest Warrant